**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MICHELLE FERREIRA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No.  SA-25-CA-01113-XR |
| v. | § | |
| | § | |
| PNC BANK, d/b/a PNC PRIVATE BANK, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT MOTION FOR ENTRY OF AGREED**
**CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff Michelle Ferreira ("Plaintiff" or "Ferreira") and PNC Bank, N.A. ("Defendant" or "PNC"), incorrectly sued as PNC Bank, d/b/a PNC Private Bank, file this joint motion for entry of a confidentiality and protective order, stating in support as follows:

1.      The parties have conferred and agree to the terms of an Agreed Confidentiality and Protective Order.  Attached to this motion as Exhibit "A" a copy of the form of the Agreed Confidentiality and Protective Order bearing the caption of this case.

2.      The parties seek entry of this agreed protective order to facilitate the production of documents with sensitive and/or confidential information regarding personnel matters, and other proprietary and/or confidential information.  Such information includes, but is not limited to, social security numbers and other private and confidential information.

3.      Ferreira and PNC respectfully request that the court enter the Agreed Confidentiality and Protective Order attached hereto as Exhibit "A."

326293551v.1

2

Respectfully submitted on June 18, 2026,


MICHELLE FERREIRA

By her attorneys,


_____/s/Dennis L Richard_____
Dennis L. Richard
State Bar No. 16842600
LAW OFFICE OF DENNIS L. RICHARD
14255 Blanco Road
San Antonio, TX 78216
Telephone:  (210) 308-6600
Fax:  (210) 308-6939
dennislrichardlaw@gmail.com

PNC BANK, N.A.

By its attorneys,


_____/s/ Esteban Shardonofsky_____
Esteban Shardonofsky
State Bar No. 24051323
sshardonofsky@seyfarth.com

Randi L. Halbert (*admitted pro hac vice*)
rhalbert@seyfarth.com

SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:  (713) 225-2300
Facsimile:   (713) 225-2340

326293551v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, a true and correct copy of the foregoing Joint

Motion for Entry of Agreed Confidentiality and Protective Order was filed with the Court by

using the Court's CM/ECF system:

Dennis L. Richard
Law Office of Dennis L. Richard
14255 Blanco Road
San Antonio, TX 78216
dennislrichardlaw@gmail.com

/s/ *Randi L. Halbert*
Randi L. Halbert

3

326293551v.1